

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS

CHIEF JUSTICE
  TERRIE LIVINGSTON

JUSTICES
  LEE ANN DAUPHINOT
  ANNE GARDNER
  SUE WALKER
  BILL MEIER
  LEE GABRIEL
  BONNIE SUDDERTH

TIM CURRY CRIMINAL JUSTICE CENTER
401 W. BELKNAP, SUITE 9000
FORT WORTH, TEXAS 76196-0211

TEL: (817) 884-1900

FAX: (817) 884-1932

www.txcourts.gov/2ndcoa

CLERK
  DEBRA SPISAK

CHIEF STAFF ATTORNEY
  LISA M. WEST

GENERAL COUNSEL
  CLARISSA HODGES

March 20, 2015

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 25 2015

Abel Acosta, Clerk

Rhonald Martinez
a/k/a Ronald Martinez
Michael Unit #476155
2664 FM 2054
Tennessee Colony, TX 75886

RE:     Court of Appeals Number:  02-13-00610-CR
        Trial Court Case Number:   1253416D

Style:   Rhonald Martinez a/k/a Ronald Martinez v. The State of Texas

    We are in receipt of your correspondence in connection with the above-referenced case. Our records indicate that you have counsel. Your attorney is Abe Factor. On March 2, 2015, counsel filed a motion to extend the time to file a petition for discretionary review. We are attaching that motion to this letter. The Texas Court of Criminal Appeals granted the motion, and the petition for discretionary review is currently due on April 1, 2015.

    Because you are still represented by counsel and because counsel has indicated that he plans to file a petition for discretionary review on your behalf, the papers you tendered are being returned to you and are being forwarded to the Texas Court of Criminal Appeals.

Respectfully yours,

DEBRA SPISAK, CLERK

*Debra Spisak*

By: Bonnie Alexander, Deputy Clerk

cc: Court of Criminal Appeals
    P.O. Box 12308
    Austin, TX 78711

Abe Factor
5719 Airport Frwy.
Haltom City, TX 76117

Debra Windsor
Asst. Criminal District Attorney
401 W. Belknap. St.
Fort Worth, TX 76196

Dear Justice Dauphinot, et al.

Z-13-610-cc   28 FEB 15

1. AM RHONALD RAY MARTINEZ, APPELLANT IN NO. 02-13-00610-CR. I AM MENTALLY IMPAIRED AND I DO NOT UNDERSTAND THE COURTS DECISION IN MY CASE BEFORE IT. I WROTE MY LAWYER AND ASKED HIM QUESTIONS BUT HE DID NOT WRITE ME BACK SO I AM NOT CLEAR ABOUT THE COURT'S DECISION OR IS HE REPRESENTING MY CASE ON P.D.R.?

OF COURSE IT IS WITH UPMOST RESPECT THAT I AM WRITING TO YOU HOPING TO CLEAR MY MIND ABOUT WHAT HAS HAPPENED TO MY LIFE. FIRST, I WOULD LIKE TO SAY OFFICER CADE DID NOT TELL THE TRUTH ABOUT WHAT REALLY HAPPENED AT THE TRAFFIC STOP AT 1400 W. BOYCE ON SEP 1, 2011, AND THE AUDIO AND VIDEO TAPE OF THE ENTIRE MATTER WOULD PROVE DIFFERENT; (2) MY LAWYER FILED A MOTION REQUESTING THIS TAPINGS IN OCT. 2011. (3) THE REASON THIS COURT HAS NOT SEEN THESE TAPES AND INSTEAD BASED ITS DECISION AGAINST ME USING FALSE TESTIMONY OF OFFICER CADE IS BECAUSE THE PROSECUTOR BROKE THE LAW BY WITHHOLDING THE TRUTH IN THIS MATTER; (4) THIS VIOLATES DUE PROCESS AND I STRONGLY OBJECTED TO IT IN MY TESTIMONY AT TRIAL WHICH IS IN THE TRIAL RECORD.

PLEASE MAKE THE STATE SHOW YOU THE FILMS AND LET YOU HEAR HOW I ANSWERED OFFICER CADE'S QUESTIONS BEFORE HE TOLD ME I WAS UNDER ARREST WHILE I WAS STILL SITTING IN THAT CAR. AND ALSO PLEASE IN THE INTEREST OF JUSTICE RECOGNIZE THAT CAR WAS NOT LOCKED AND CORPORAL FINEMAN OPENED IT EASILY. I DID NOT LOCK THAT CAR INTENDING TO PREVENT CADE FROM FINDING CONTRABAND. HE MADE ALL THAT UP. HE IS A LIAR. I AM WRONGLY CONVICTED.

RESPECTFULLY SUBMITTED,
RHONALD MARTINEZ
#476155 MICHAEL UNIT

P.S.

I DON'T KNOW WHY ABE FACTOR DID NOT COMPLAIN ABOUT THE LEGAL OR FACTUAL SUFFICIENCY OF THE EVIDENCE IN MY CASE BECAUSE I CLEARLY DID NOT KNOW DRUGS WERE IN THAT CAR AND MY FINGERPRINTS WERE NOT ON ANY OF THE STATE'S EVIDENCE. I DON'T EVEN BELIEVE HE WROTE MY APPEAL BECAUSE HE MADE A BIG DEAL ABOUT THIS DURING MY TRIAL. I ASKED HIM BUT HE WON'T WRITE ME BACK.

**RECEIVED**

**MAR 1 3 2015**

**COURT OF APPEALS**
**SECOND DISTRICT OF TEXAS**
**DEBRA SPISAK, CLERK**

RHONALD MARTINEZ
#476155
MICHAEL UNIT
2664 F.M. 2054
TENNESSEE COLONY, TX.
75886

LEGAL MAIL

RECEIVED

MAR 13 2015

COURT OF APPEALS
SECOND DISTRICT OF TEXAS
DEBRA SPISAK, CLERK

NORTH TEXAS TX P&DC
DALLAS TX 750
11 MAR 2015 PM 8 L



JUSTICE DAUPHINOT, et al
COURT OF APPEALS
401 W. BELKNAP
FT. WORTH, TX. 76102

781021813101